UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MIGUEL ANGEL TOLEDO RODRIQUEZ | : | |
| | : | |
| v. | : | C.A. No. 06-17L |
| | : | |
| BRUCE E. CHADBOURNE, et al. | : | |

**MEMORANDUM AND ORDER**

In this matter, the Plaintiff, Miguel Angel Toledo Rodriquez ("Rodriquez") filed an Application to Proceed Without Prepayment of Fees and Affidavit on January 17, 2006 (the "Application"). (Document No. 2). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a). The Application contains a "Notice to Prisoner" portion which directs an incarcerated applicant to obtain a statement certified by an "appropriate institutional officer" of "all receipts, expenditures, and balances during the last six months in your institutional accounts."

In the Application, Rodriquez indicated that he is incarcerated at the Wyatt Detention Facility ("Wyatt") in Central Falls, Rhode Island. Rodriquez failed, however, to attach a certified statement of his institutional accounts.

This Court cannot determine whether Rodriquez qualifies to have his Application granted in this case until the proper documentation is received. As stated in the Application, Rodriquez must submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in [his] institutional accounts."

Rodriquez must file the proper documentation concerning his inmate account by **February 20, 2006** or risk having his Application denied and this matter dismissed.

So ordered.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
January 20, 2006

BY ORDER:

Deputy Clerk