UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MIGUEL ANGEL TOLEDO RODRIGUEZ

vs. CA 06-17ML

BRUCE CHADBOURNE, Field Director
of the Bureau of Immigration and Citizenship
and Warden, Wyatt Detention Center

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2241". Said response will be filed on or before **February 27, 2006.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
United States District Judge
February 1 ,2006

Entered as an Order of this Court on February 2 ,2006

Barbara Barletta
Deputy Clerk