UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MIGUEL ANGEL TOLEDO RODRIQUEZ :
v. : C.A. No. 06-17L
BRUCE E. CHADBOURNE, et al. :

**MEMORANDUM AND ORDER**

In this matter, the Plaintiff, Miguel Angel Toledo Rodriquez ("Rodriquez") filed an Application to Proceed Without Prepayment of Fees and Affidavit on January 17, 2006 (the "Application"). (Document No. 2). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a).

On January 20, 2006, this Court ordered Rodriquez to file additional documentation concerning his inmate account by **February 20, 2006** or risk having his Application denied and this matter dismissed. On February 8, 2006, Rodriguez chose to pay the applicable filing fee pursuant to 28 U.S.C § 1914(a) rather than provide the requested documentation. Thus, Plaintiff's Application (Document No. 2) is DENIED without prejudice as moot.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
February 22, 2006

BY ORDER:

Deputy Clerk