FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MIGUEL ANGEL TOLEDO RODRIGUEZ :

V. : C.A. NO. 06-17S ML

BRUCE CHADBOURNE, Field Director of the Bureau of Immigration & Citizenship[1] and Warden, Wyatt Detention Center :

**RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME**

Federal respondent, Bruce Chadbourne, Field Director of the Bureau of Immigration & Customs Enforcement, by and through his undersigned attorneys, hereby request the Court to enter an order enlarging the time within which he may file his response in the above-captioned matter up to and including March 29, 2006. As grounds for this motion, the Federal respondent asserts that although the administrative file was requested immediately, it was not received until February 23, 2006, and additional time is needed to prepare a response to plaintiff's Petition for Writ of Habeas Corpus.

WHEREFORE, the Federal respondent requests that the Court enter an order enlarging the time within which it may respond to plaintiffs Petition to and including March 29, 2006.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

Granted. Mary M. Lisi 3/1/06

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center, 50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

[1]This response is filed solely on behalf of Bruce Chadbourne, Field Director of the Bureau of Immigration & Customs Enforcement, Department of Homeland Security.

**CERTIFICATION**

I hereby certify that on this 24th day of February, 2006, a true copy of the within Respondent's Motion for Enlargement of Time was sent first-class, postage prepaid mail to:

Miguel Angel Toledo Rodriguez (Pro Se)
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Nancy A DeQuenzo