UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MIGUEL ANGEL TOLEDO RODRIGUEZ | : | |
| | : | |
| V. | : | C.A. NO. 06-17S |
| | : | |
| BRUCE CHADBOURNE, Field Director of the Bureau of Immigration & Citizenship (sic)[1] and Warden, Wyatt Detention Center | : : : | |

**RESPONDENT'S PRELIMINARY RESPONSE TO PETITION FOR HABEAS CORPUS**

Bruce Chadbourne, Field Director of the Bureau of Immigration & Customs Enforcement (ICE or the Federal respondent), by and through his undersigned attorneys, hereby responds to the petition for habeas corpus as follows:

**I. BACKGROUND**

Miguel Angel Toledo Rodriguez (Toledo Rodriguez or petitioner) is a Mariel Cuban, born on September 29, 1956. In 1980, Fidel Castro let some 125,000 Cubans, many of whom were dissidents, criminals, or mental patients, flee to the United States. Toledo-Rodriguez was one of those individuals, and was admitted into the United States at Key West, Florida, on or about May 17, 1980, as a refugee. Toledo-Rodriguez satisfies the criteria of a Mariel Cuban, because he is a native of Cuba who came to the United States between April 15, 1980, and October 20, 1980. 8 C.F.R. § 212.12(a).

On June 3, 1996, petitioner was convicted, by the Hampden Massachusetts Superior Court, of 51 counts of indecent assault and battery on a child under 14 years of age and was sentenced to 10 years in prison. On May 4, 1999, he was ordered removed by an immigration

[1] This response is filed solely on behalf of Bruce Chadbourne, Field Director of the Bureau of Immigration & Customs Enforcement, Department of Homeland Security.

judge, as a result of his conviction and status as an aggravated felon. That decision was not appealed. Upon completion of his prison term, petitioner was released into ICE custody, although his Hampden Superior Court probation is scheduled to continue until the year 2017. A copy of the Administrative Record is available for the Court's *in camera* review.

## II. THE FEDERAL RESPONDENT'S RELEASE AND REMOVAL EFFORTS

Although the Immigration and Nationality Act, 8 U.S.C. § 1231(a)(6), provides that an alien who has been ordered removed and who has been determined to be a risk to the community, may be detained beyond the "removal period," see also, Clark v. Martinez, 543 U.S. 371, 377 (2005), the Federal respondent is and has been working toward releasing petitioner under an appropriate order of supervision. Despite continuing efforts by the Federal respondent to obtain the necessary authorizations and to make travel arrangements for petitioner's removal to Cuba, the timetable for his removal to Cuba remains unknown. In the meantime, and based upon petitioner's criminal record, the Federal respondent is actively seeking an appropriate program, approved by the United States Public Health Service, and the Hampden Superior Court Probation Department, to which petitioner can be released, with certain conditions. See, Attachment A, Declaration of Detention and Deportation Officer Allan Sweeney, ¶ 3. An additional declaration, setting forth the efforts undertaken to date to release petitioner, including locating an appropriate program, and further details of the anticipated placement, along with other conditions of release, such as a provision for continuing medical care mediated by the Public Health Service, is expected within the next several weeks. A supplemental response will be filed by the Federal respondent upon receipt of this declaration.

WHEREFORE, as the Federal respondent is working to effectuate the petitioner's release, the Federal respondent respectfully requests this Honorable Court to continue this matter for 60 days to allow sufficient time to release petitioner into an appropriate program or facility, under appropriate conditions.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATION**

I hereby certify that on this 24th day of March, 2006, a true copy of the within Respondent's Motion for Enlargement of Time was sent first-class, postage prepaid mail to:

Miguel Angel Toledo Rodriguez (Pro Se)
Wyatt Detention Center
950 High Street
Central Falls, RI 02863