DECLARATION OF ALLAN SWEENEY

(1) I am a Detention and Deportation Officer assigned to U.S. Immigration and Customs Enforcement (ICE), Detention and Removals Operations, U. S. Department of Homeland Security, in Washington, D.C. I have been employed by the agency (formerly, the Immigration and Naturalization Service) since 1991.

(2) My present duties include development of policy and regulations relating to the enforcement of final orders of deportation and the detention and removal of aliens from the United States. In my current position I am personally familiar with inter- and intra-governmental procedures for the repatriation of persons who are citizens and nationals of Cuba.

(3) I am familiar with the case of Miguel Angel Toledo-Rodriguez A24 436 654. ICE has referred Mr. Toledo-Rodriguez's case to the U.S. Public Health Service (PHS) to allow PHS to locate appropriate programs to be included on the Order of Supervision as conditions of release for Mr. Toledo-Rodriguez. PHS hopes to locate suitable programs within the next thirty to sixty days, and ICE will then establish the conditions of Mr. Toledo-Rodriguez's release.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Allan Sweeney

Allan Sweeney

Executed in Washington, D.C.

Dated: February 21, 2006