UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MIGUEL ANGEL TOLEDO RODRIGUEZ

v. CA 06-017 ML

BRUCE CHADBOURNE, et al.

ORDER

In view of Respondents' representation that it is working to effectuate Petitioner's release to an appropriate program, this case is continued for a period of sixty days to allow the Respondent to locate and effectuate Petitioner's release to an appropriate program. If Petitioner has not been released on or before May 31, 2006, the Court will hear argument on Petitioner's claims on June 7, 2006, at 3:00 p.m.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
March 27 , 2006