UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MIGUEL ANGEL TOLEDO RODRIGUEZ | : | |
| | : | |
| V. | : | C.A. NO. 06-178 ML |
| | : | |
| BRUCE CHADBOURNE, Field Director of the Bureau of Immigration & Citizenship (sic)[1] and Warden, Wyatt Detention Center | : | |

**RESPONDENT'S SUPPLEMENTAL RESPONSE TO PETITION FOR HABEAS CORPUS**

Bruce Chadbourne, Field Director of the Bureau of Immigration & Customs Enforcement (ICE or the Federal respondent), hereby supplements its response to the petition for habeas corpus with the attached declaration of John Breitz, Detention and Deportation Officer with the Office of Detention and Removal Operations in Washington, D.C., United States Immigration and Customs Enforcement, within the Department of Homeland Security. The declaration of Officer Breitz sets forth the efforts undertaken to date to release petitioner, including locating an appropriate program for petitioner's placement with a sexual offender treatment component.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

[1] This response is filed solely on behalf of Bruce Chadbourne, Field Director of the Bureau of Immigration & Customs Enforcement, Department of Homeland Security.

**CERTIFICATION**

I hereby certify that on this 3rd day of April, 2006, a true copy of the within Respondent's Motion for Enlargement of Time was sent first-class, postage prepaid mail to:

Miguel Angel Toledo Rodriguez (Pro Se)
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Nancy A. DeQuinzio