UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MIGUEL ANGEL TOLEDO RODRIGUEZ,
Petitioner

C.A. NO. 06-17S

vs

BRUCE CHADBOURNE, Field Director of the
Bureau of Immigration & citizenship (sic)
And Warden, Wyatt Detention Center,

Respondents

DECLARATION OF JOHN BRETZ

I, John Bretz, state and declare as follows:

1. I am a Detention and Deportation Officer with the Office of Detention and Removal Operations (DRO) in Washington, D.C., U.S. Immigration and Customs Enforcement (ICE), within the Department of Homeland Security. I am temporarily detailed to the Headquarters Custody Determination Unit. This unit handles custody issues related to aliens who have been detained after issuance of an administratively final order of removal. I have been assigned to this unit since January 8, 2006. I am permanently assigned as a Deportation Officer at Eloy, Arizona and have worked there since 1998.

2. My present duties include implementing the policies and regulations relating to the enforcement of final orders of deportation and the removal of criminal aliens from the United States. My responsibilities also include detention related issues for aliens held pending removal. Amongst these duties, I work with the U.S. Division of Public Health Services, (PHS) in implementing release plans for certain aliens being released from ICE detention on an order of supervision.

3. I am familiar with the case of Miguel Angel Toledo-Rodriguez, A 24 436 654. Mr. Toledo-Rodriguez is a Cuban national whose removal from the United States is not significantly likely in the reasonably foreseeable future. On February 10, 2006, the 90-day Post Order Custody Review was conducted at the Boston, DRO office and a determination was made to release Mr. Toledo-Rodriguez from ICE custody. On February 22, 2006, PHS received the case from ICE in order to create a release plan for him that would maximize his reintegration into the community at large.

4. PHS was able to locate an appropriate release plan in North Carolina. However, on March 3, 2006, PHS returned the case to ICE. The Chief Probation Officer of Massachusetts, Mike Ghazil, initially informed PHS that Mr. Toledo-Rodriguez's probation could be transferred to the North Carolina Probation Department. Mr. Toledo-Rodriguez is on probation until 2014 for his 1996 conviction of Indecent Assault and

Battery of a Child under 14 in the State of Massachusetts. He received a sentence of 10 years incarceration. According to the release plan created by PHS, Mr. Toledo-Rodriguez was supposed to report to the New Beginning Prison Ministry in Fayetteville, North Carolina upon his release from ICE custody. However, on March 21, 2006, Officer Ghazil contacted PHS to inform them that the State of North Carolina Probation Department would not accept the transfer of Mr. Toledo-Rodriguez's probation.

5. Headquarters DRO asked PHS to locate an appropriate release plan for Mr. Toledo-Rodriguez based in Massachusetts to avoid the probation transfer issue. Appropriate placements are difficult to locate in Massachusetts, however, PHS is working with Officer Ghazil to devise an appropriate release plan that will include a sexual offender treatment program. As of the date of this declaration, PHS has not yet located a suitable program but is hoping to find one shortly.

I declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury. Executed in Washington, DC on the 29th day of March 2006.

John Bretz
Detention / Deportation Officer (Detailed)
HQCDU
U.S. Immigration and Customs Enforcement
Department of Homeland Security