UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MIGUEL ANGEL TOLEDO RODRIGUEZ :
:
V. : C.A. NO. 06-17ML
:
BRUCE CHADBOURNE, Field Director of the :
Bureau of Immigration & Citizenship[1] :
and Warden, Wyatt Detention Center :

**SUGGESTION OF MOOTNESS**

Federal Respondents hereby suggest that the above-entitled matter is moot. Petitioner was released from the custody of the United States Immigration and Customs Enforcement (ICE) under an order of supervision on May 17, 2006. A copy of the Release Notification, Proof of Service, Alternatives to Detention Release Plan, Order of Supervision and Addendum are attached as Exhibit A.

WHEREFORE, as this case is moot, it should be dismissed accordingly.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

[1]This response is filed solely on behalf of Bruce Chadbourne, Field Director of the Bureau of Immigration & Customs Enforcement, Department of Homeland Security.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing were served by first class mail on the Petitioner by mailing a true and correct copy of the following this 17th day of May, 2006:

Miguel Toledo-Rodriguez
c/o Worthington St. Shelter
769 Worthington Street
Springfield, MA 01105

______________________________